U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED JUN 08 2023
CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

Ashley Blake

**name of plaintiff(s)**

**CIVIL ACTION**

**versus**

**NO.__________________________)**

Collegiate Baton Rouge

**name of defendant(s)**

**COMPLAINT**

**1.** **State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):**

Title VII Civil Rights Acts of 1964

**2.** **Plaintiff,** Ashley M Blake **resides at**

25955 Bronzewood Street, Denham Springs,
**street address** **city**

Livingston, LA, 70726, 225-993-1949
**parish** **state** **zip code** **telephone number**

**(if more than one plaintiff, provide the same information for each plaintiff below)**

**3.** **Defendant,** Colleigate Baton Rouge **lives at, or**

**its business is located at** 282 Lobdell Blvd,
**street address**

Baton Rouge, East Baton Rouge, LA,
**city** **parish** **state**

70806, 225-892-6962.
**zip code** **telephone number**

**(if more than one defendant, provide the same information for each defendant below)**

4. **Statement of claim ( State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):**

I was subjected to retaliatory action (please see attached)

5. **Prayers for Relief (list what you want the Court to do):**

a. attorney fees

b. emotional distress damages

c. front pay

d. lost wages

**I (we) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.**

**Signed this** 8th **day of** June **, 20** 23

Ashley Blake

25955 Bronzewood street
Denham Springs, LA 70726
(225) 993-1949

**(signature of plaintiff (s))**

"I began my employment with the above Respondent in July 2019, most recently as an Athletic Director. The company employs over 100 people. Beginning in October 2021, I was subjected to retaliatory action that included discipline after I was a witness in a sexual harassment claim against Dean/Director of Operations Devan Richard. In February 2021 and again in October 2021, I reported Mr. Richard for sexual harassment against a co-worker. An investigation resulted in Mr. Richard being demoted; however, he was then placed in a Human Resources position, which granted him easy access to the investigation and the participants in the investigation. Following the above reports, I was subjected to retaliatory actions that included the delay of my evaluation multiple times, Mr. Richard sitting in on my evaluations and meetings, Mr. Richards overseeing an investigation he brought against me after he falsely accused me of talking to my co-worker in a rude manner while in front of the children and being walked off the campus by Mr. Richard following that investigation. In addition, the Respondent attempted to remove one of the positions (Athletic Director and Girl's Basketball team Coach), although multiple men were permitted to do both. I voiced that I felt this was discriminatory. On April 5, 2022, I was told I could go home and return to work the next day or following Spring Break. I informed the Respondent that I would need to speak with Human Resources before any additional meetings. On April 6, 2022, I was informed of my discharge by Principal Samantha Johnson. There was no reason for the sudden change from my return to work to the termination. I had only been written up once as a result of the false accusations and investigation brought forward by Mr. Richards, I believe that I have been retaliated against because of my participation in a protected activity against practices made illegal under Title VI of the Civil Rights Act of 1964 as amended."

## Additional Facts:

- APRIL 5 - Mrs. Johnson called me to follow-up from our meeting earlier in the day. She informed me that I was able to report to work the next day or to take the rest of the week off and return after spring break due to me expressing how Mr. Richard humiliated/embarrassed me with his actions after the meeting. **(After our phone call, I sent a text message and informed her that I would return to work the following day, due to my kiddos having a track meet. Ms. Johnson confirmed and asked that I return with my correction signed)** During the conversation she also mentioned she will not offer me back the next school year when I asked what was the reason, Ms.Johnson stated "I think it is something that would be best for you,"and indicated I should take the 2022-2023 school year off and come back for the 2023-2024 school year.(Why would you consider rehiring me the following year if I had caused any disruption?) I then sent an email to the network leaders informing them of the actions that occurred during and after the meeting. At this point, I was feeling really tired, helpless, and emotionally drained from never being supported/heard, that I needed to inform the leaders in the network of my concerns that I had been treated unfairly and a hidden agenda was created to have me pushed out.
- My Evaluation was delayed and rescheduled 3 times and my supervisor said, "She wasn't in a good space to talk to me." The evaluation did not state that there was any corrective action related to staff.
- After the evaluation, Principal Samantha Johnson stated "I would receive an offer letter in a week." After not receiving it in two weeks I followed up with her who stated she was waiting to see if I would get in conflict with any staff member.

- I continued to ask for support as a way to encourage my supervisor to reach out twice a week for growth/coaching opportunities as she indicated she would. (it never happened)
- Evaluation/Feedback allows for growth, so I don't understand why the process was not utilized in a productive manner.
- Per Human Resources, Mr. Richard's participation in a CBR investigation was biased and a direct violation.
- I asked Erin LaBostrie (the Director of HR) for all of the documents reviewed from the investigation, and the several verbal write ups I did not sign off on she mentioned during our meeting. I have not received any documents following the two emails and a phone call.
- Erin mentioned an incident in December at the gym and said I had pushed a student at a basketball game. I was never made aware of this allegation.
- Verbal-write ups should've been provided to me when/if they are addressed. Employees are supposed to know when they have been officially reprimanded.
- Devan Richard informed a leadership team member that I was going to get fired and the team leader informed two of my basketball players on April 5th.
- The faculty member I had asked for support numerous times, also the person I went to principal Johnson about concerns with, was put in my position after I was terminated.
- Ms. Johnson informed me that I would be paid during April and did not inform me that I had to sign the separation letter in order to get paid. This big detail was not clarified!
- I felt pressured to sign the separation letter because it was sent to me several times from Mr. Richard (4/7, 4/12, 4/19, 4/26, 4/28, 5/3, 5/10, 5/17, 5/24, 5/31, 6/5).
- I was informed that I could not take on both positions (Athletic Director & Girl's Basketball) even though there were multiple men who were allowed to do both.
- During the period I was terminated, I received a delayed direct deposit of payment and realized I had never been informed that I was still enrolled in medical insurance (only realized when I saw deposit notation for withdrawal for insurance, taxes, etc.)
- I was up for the big raise this school year. Mr. Richard knew this as the DFO on the campus.
- I was given a written warning for supposedly undermining a co-worker in front of students and a verbal warning for pushing a student, which was found to be a false allegation by the 19th JDC Court and was ultimately dismissed.

I believe I was terminated from CBR as an act of retaliation for reporting an incident involving a co-worker and an administrative staff member.The retaliation was orchestrated by Devan Richard, who was the staff I reported for committing the sexual harassment, and carried out by he and other complicit staff by improperly using verbal warnings and corrective actions. It is also conceivable that HR overlooked specific facts, including what seemed to me to be an orchestrated plan to blame me for actions that I was not responsible for.

## Chronology:

**February 22, 2021**

Anthony Collins(co-worker) shared with me an incident that occurred in October 2020, between him and Devan Richard(Grade Level Dean). According to Mr.

Collins, Devan tried to grab his genitals and asked him to have intercourse with him in his shed.

When Mr. Richard was later named School Leader, Mr. Collins indicated he was more fearful of him, his position, influence, and ability to threaten his job.

**February 23, 2021**

I felt obligated to (and did) report the incident to Kelsey Lambrecht.

**March 2, 2021**

I received a text from Kathleen Welch asking me to participate in an investigation involving Devan Richard and Anthony Collins. I agreed to cooperate with the understanding that I would be shielded from retaliation (by the accused).

**March 19, 2021**

Margo Bouchie, the Chief of Schools at the time, announced that Devan Richard would be stepping down as School Leader and was being replaced by Samantha Johnson. Mr. Richard remained on staff, and was promoted to another position in leadership.

**August 3, 2021**

My first day of maternity leave. I returned at the beginning of October. At that time Mrs. Johnson requested to meet with me and informed me that she would be watching and challenging me as the Athletic Director.

After my return, there were noticeable changes in how I was treated by Ms. Johnson and Mr. Richard. He interjected himself into all my meetings/discussions with co-workers and my supervisor.

Although he was not my coach, he continued to insert himself into all meetings with me. When I would meet with the principal, he would show up and take the lead, despite the fact that he did not set the meeting.

**February 21, 2022**

I went to Principal Johnson and asked to request a meeting with the Health and PE person due to my other co-worker and I still having concerns in our department with the new teacher. Principal Johnson scheduled the meeting February 22nd listing it as a huddle. Mr. Richard was present and instead of Principal Johnson conducting the meeting Mr. Richard led the meeting in which he proceeded to undermine my concerns and paint a picture of me as the person in conflict.

**March 31, 2022**

I went to principal Johnson again after my coach Brianna Lee observed my 2nd block class and informed me of students not being held accountable by one of the supporting teachers. I had to take a photo of one of the supporting teachers to get her to support me by helping this teacher follow CA teacher practices.

**April 5, 2022**

I received a calendar invite from Principal Johnson to follow up on the concerns I addressed with her on March 31st. Prior to the meeting I sent her an email with a plan of action that I thought would help the team get on the same page. In the meeting I was blindsided with a written warning stating the new teacher (that both Coach Brooks and I had concerns about) had reported allegations concerning me on April 1st, the day after I went to Mr. Johnson with concerns about her. When questioned about it by Mr. Richard during the meeting, I expressed I was off campus April 1st for my 2nd block. It was brought to my attention that the alleged incident happened the day I went to Principal Johnson about the teacher's action in the gym (my coach observed this day).

**April 5, 2022**

I attended what I thought was a follow-up meeting with my supervisor, but was blindsided with a corrective action. Mr. Richard was present and lead the meeting, during which he tried to force me to admit to something I did not do, he then suggested that I go home to reflect, and then took the liberty of escorting me out of the gym in front of students and teachers (which was not suggested by my immediate supervisor). This was prejudicial and undermining to me because the students and teachers who witnessed him escorting me out of the building believed that I was terminated, when in fact, I was not. (The perception from his actions is now assumed to be true due to Ms. Johnson sent an email to the staff stating my last day as 4/6/2022 the date after he embarrassed me) During my time employed at CBR no memo etc..had ever been sent out when an employee was terminated or resigned from their position.

**April 6, 2022**

Although I had only received one prior corrective action, I was terminated. During the meeting when asked why I was being terminated no reason was provided. Upon review of policy, this action skipped lesser remedial actions which would have been warranted. However, I contend there were no issues until II reported the sexual harassment.

**Note:**

Prior to my termination, I made attempts to talk to Mrs. Johnson about my concerns

with one of the teachers she asked me to shadow, as well as my concerns regarding Mr. Richard. During one attempt, she specifically said, "I am not in a good space to talk to you." I verbalized to her how she made me feel and she responded by saying that I was not receptive to feedback. Positive and constructive feedback is welcomed, but I never felt comfortable discussing concerns from that point on. It did not help with communication when Mr. Richard would somehow show up to my meetings, leaving me no safe space to speak freely.

Mr. Richard would undermine my authority, i.e. going over my head and giving a coach permission to use the gym with his players out of season, which was a direct LHSAA violation.

After the corrective action meeting, I contacted Kathleen Welch and explained what happened. She assured me that I would not lose my job or be retaliated against for being a part of Mr. Richard's sexual harassment investigation. She called Erin in HR who called me on April 6, 2022. She informed me for the first time that Mr. Richard was actually a part of HR on the Baton Rouge Campus, and she would investigate and call me back.

**April 6, 2022 Meeting with Principal Samantha Johnson and Devan Richard**

I made Erin aware that a meeting had been scheduled the same morning with Ms. Johnson and Mr. Richard but I did not feel comfortable participating in that meeting alone, I was still feeling traumatized by the manner in which I was escorted off the campus.

Later that day, I received a text from Mrs. Johnson and Erin stating that we would meet at 1:30 pm without Mr. Richard being present. However, instead of discussing my concerns, I was terminated.